UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUENTIN C. LASTER,

          Plaintiff,                Case No.  06-13508

v.                            District Judge John Marianne O.  Battani
                              Magistrate Judge R. Steven Whalen

DR. GEORGE PRAMSTALLER, et al.,

          Defendants.

_____/

**ORDER**

Before the Court is Plaintiff's motion for substitute service [Docket #3].  On August 11, 2006, this Court granted Plaintiff    In Forma Pauperis (IFP) status.  The Court will therefore construe the Plaintiff's motion as a request for service by the United States Marshals Service, pursuant to Fed.R.Civ.P. 4(c)(2).  On that basis and to that extent, the Plaintiff's motion [Docket #3] is GRANTED.  The Court will enter a separate order directing service by the U.S. Marshals.

SO ORDERED.

                            S/R.  Steven Whalen_____
                            R.  STEVEN WHALEN
                            UNITED STATES MAGISTRATE JUDGE

Dated:  March 26, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 26, 2007.

S/Gina Wilson
Judicial Assistant